UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

James Fisher,

                    Petitioner,

vs.                                        Case No.  3:06-cv-876-J-33MCR

Cory D. Brannon,

                    Respondent.
_____/


**<u>OPINION AND ORDER</u>**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. # 5), filed November 20, 2006, recommending that Plaintiff's Petition (Doc. # 1) be dismissed without prejudice to Plaintiff filing a paid complaint.  No objections have been filed and the time to do so has expired.

On October 10, 2006, Plaintiff filed a Petition requesting an order granting him "full permanent custody" over Defendant Cory Brannon.  (Doc. # 1.)  At the same time, Plaintiff filed a motion for leave to proceed in forma pauperis.  (Doc. # 2.)  When a plaintiff files a motion for leave to proceed in forma pauperis, the court must dismiss the case if it determines that the action "is frivolous or malicious" or "fails to state a claim on which relief may be granted."  28 U.S.C.A. § 1915(e)(2) (Supp. 2006).  Thus, the magistrate examined Plaintiff's Petition and determined

-1-

that it "sets forth no identifiable claim or ground for relief against Defendant." (Doc. # 5.) Consequently, the magistrate recommended that this case be dismissed without prejudice to Plaintiff filing a paid complaint. (Doc. # 5.)

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1.    The Report and Recommendation is hereby **accepted**, and Plaintiff Fisher's Petition is hereby dismissed without prejudice to Plaintiff filing a paid complaint.

2.    The Clerk shall terminate any previously scheduled deadlines and pending motions, and close the case.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this 3rd day of January 2007.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:
All parties